UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-CV-80409-Marra-Johnson

ERIC RUTENBERG, on his own behalf and
others similarly situated,

    Plaintiff,

v.

BOYNTON CAROLINA ALE HOUSE, LLC,
a Florida Limited Liability Company,
d/b/a CAROLINA ALE HOUSE,
LM RESTAURANTS, INC., a Foreign Corporation,

    Defendants.
_____/

## VERDICT

1. Do you find from a preponderance of the evidence that the Plaintiff was employed in a bona-fide executive capacity?

    Yes _____    No \_\_✓\_\_

SO SAY WE ALL.

_____
Foreperson signature

_____
Print foreperson name

DATED: February 11, 2010