UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO. 09-80409-CIV-MARRA/JOHNSON

ERIC RUTENBERG,

    Plaintiff,

v.

BOYNTON CAROLINA ALE HOUSE, LLC,
a Florida Limited Liability Company,
d/b/a CAROLINA ALE HOUSE,

    Defendant.
_____/

## **FINAL JUDGMENT**

    Based upon the jury's verdict, judgment is hereby entered in favor of Plaintiff Eric Rutenberg, and against Defendant Boynton Carolina Ale House, LLC, in the amount of $9,200.00[1], which shall accrue post-judgment interest thereon at the rate of 0.33 % per annum from the date of this Final Judgment, for which let execution issue.

    The Court reserves jurisdiction to resolve any appropriate post-trial motions.

    The Clerk of Court shall **CLOSE THIS CASE**.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of February, 2010.

                                                                                                _____
                                                                                 KENNETH A. MARRA

Copies furnished to:                    United States District Court
all counsel of record

---

[1] Defense counsel stipulated on the record that if Plaintiff prevailed, he would be entitled to overtime compensation in the amount of $4,600.00, plus liquidated damages of an equal amount.