UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   09-CV-80409-Marra-Johnson

ERIC RUTENBERG, on his own behalf and
others similarly situated,

     Plaintiff,

v.

BOYNTON CAROLINA ALE HOUSE, LLC,
a Florida Limited Liability Company,
d/b/a CAROLINA ALE HOUSE,
LM RESTAURANTS, INC., a Foreign Corporation,

     Defendants.
_____/

### SATISFACTION OF FINAL JUDGMENT

STATE OF FLORIDA      )
COUNTY OF PALM BEACH  )

     I, ERIC RUTENBERG, the owner and holder of the Final Judgment entered by this Court in this matter on February 12, 2010 [Docket Entry 72], which Final Judgment has <u>not</u> been recorded in any Official Records Book, do hereby acknowledge that all sums due under the Final Judgment, including interest, have been fully paid and that the Final Judgment is hereby fully satisfied and is cancelled and satisfied of record.

X_____
ERIC RUTENBERG

     **BEFORE ME**, the undersigned authority, personally appeared ERIC RUTENBERG, who, after first showing the proper identification of _____, or being personally known to me, was duly sworn, deposes and says under penalty of perjury that he has read the foregoing and that the same is true and correct.

     SWORN TO AND SUBSCRIBED to before me this ____ day of March 2010.

_____
Notary Public, State of Florida
My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Renata Araujo
Commission # DD528708
Expires: MAR. 14, 2010
Bonded Thru Atlantic Bonding Co., Inc.